UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Filed Electronically*

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and Benefit of A.R.C.I., LTD., d/b/a America Roofing, a Texas Limited Partnership ) ) ) ) **PLAINTIFF** ) ) v. ) ) CADDELL CONSTRUCTION COMPANY, INC. ) Post Office Box 210099 ) Montgomery, Alabama 36121 ) ) Serve: Secretary of State ) 152 State Capitol ) 700 Capital Avenue ) Frankfort, Kentucky 40601 ) ) and ) ) ST. PAUL FIRE AND MARINE INSURANCE ) COMPANY ) 385 Washington Street ) St. Paul, Minnesota 55102 ) ) Serve: Secretary of State ) 152 State Capitol ) 700 Capital Avenue ) Frankfort, Kentucky 40601 ) ) and ) ) FIDELITY AND DEPOSIT COMPANY ) OF MARYLAND ) Tower 1, 19th Floor ) 1400 American Lane ) Schaumburg, Illinois 60196-1056 ) ) Serve: Secretary of State ) 152 State Capitol ) 700 Capital Avenue ) Frankfort, Kentucky 40601 ) ) | **COMPLAINT** (Jury Trial Demanded) Case No. 3:07cv-576-H |

```
and                                            )
                                               )
ZURICH AMERICAN INSURANCE COMPANY              )
Tower 1, 19th Floor                            )
1400 American Lane                             )
Schaumburg, Illinois  60196-1056               )
                                               )
Serve:  Secretary of State                     )
        152 State Capitol                      )
        700 Capital Avenue                     )
        Frankfort, Kentucky  40601             )
                                               )
                        DEFENDANTS             )
_____   )
```

* * * * *

Comes the Plaintiff, United States of America, for the Use and Benefit of A.R.C.I., Ltd. d/b/a America Roofing ("A.R.C.I."), by counsel and for its cause of action against the Defendants, Caddell Construction Company, Inc. ("Caddell"); St. Paul Fire and Marine Insurance Company ("St. Paul"); Fidelity and Deposit Company of Maryland ("Fidelity"); and Zurich American Insurance Company ("Zurich") (collectively referred to as the "Defendants" where contextually appropriate), states as follows:

1.	Jurisdiction of this case is conferred by §270(a) and §270(b) of Title 40 of the United States Code, commonly known as the Miller Act.  A copy of the Miller Act is attached hereto as Exhibit A.

2.	A.R.C.I. is a Texas limited partnership transacting business in the Commonwealth of Kentucky with the power to litigate this claim in the federal courts of said Commonwealth pursuant to the above-mentioned statutes.

3.	Caddell is an Alabama corporation transacting business in the Commonwealth of Kentucky, which is further subject to this Court's jurisdiction pursuant to the above-mentioned statutes.

4. St. Paul is a Minnesota corporation engaged in the business of providing surety bonds on projects in the Commonwealth of Kentucky, is properly authorized by the Commonwealth of Kentucky to conduct business within the Commonwealth and is further subject to this Court's jurisdiction pursuant to the above-mentioned statues.

5. Fidelity is a Maryland corporation engaged in the business of providing surety bonds on projects in the Commonwealth of Kentucky, is properly authorized by the Commonwealth of Kentucky to conduct business within the Commonwealth and is further subject to this Court's jurisdiction pursuant to the above-mentioned statues.

6. Zurich is a New York corporation engaged in the business of providing surety bonds on projects in the Commonwealth of Kentucky, is properly authorized by the Commonwealth of Kentucky to conduct business within the Commonwealth and is further subject to this Court's jurisdiction pursuant to the above-mentioned statues.

7. In 2004, the United States of America acting by the U.S. Department of the Army, U.S. Army Engineer District of Louisville, Corps of Engineers ("Corps of Engineers"), entered into written contract W912QR-04-C-0011 whereas Caddell agreed to furnish all the labor and materials and perform all work required for a project named "The Whole Neighborhood Renewal, Ft. Knox, KY" (the "Project"), which project is located Ft. Knox, Kentucky.

8. Pursuant to 40 U.S.C. §270(a), St. Paul, Fidelity and Zurich, as sureties, and Caddell as principal, executed a standard government form of Payment Bond #9000-0045 to the United States of America, dated April 15, 2004, wherein and whereby they, as principal and sureties, bound themselves jointly and severally in the sum of $35 million dollars to make payment to all persons having a direct relationship with the principal or subcontractor of the principal for furnishing labor,

material or both, in the prosecution of the work provided for in the contracts that were subsequently made. A copy of the Bond is attached hereto as Exhibit B.

9. On February 11, 2005 Caddell entered into a Subcontract with A.R.C.I. for the original amount of Five Hundred Forty Thousand Dollars ($540,000.00) to perform certain work on the Project in accordance with the terms of the Subcontract and the Rider attached thereto (collectively, the "Subcontract"). A copy of the Subcontract is attached hereto as Exhibit C.

10. Thereafter, and continuing, through no fault of A.R.C.I., work was hindered, delayed, and impeded due to the several month delay in the start of the project, and inclement weather, and A.R.C.I. last delivered materials to the project on October 31, 2006, and last performed labor on the project on November 6, 2006.

11. Despite the fact that A.R.C.I. notified Caddell regarding their inability to roof under inclement weather conditions, and the manufacturer's admonition that installation of shingles below certain temperatures would void the warranty, Caddell used other roofers in violation of the Subcontract and charged A.R.C.I. for labor and materials for this work; A.R.C.I. did not authorize any of these charges and is not liable for payment and these deductions are in violation of the Subcontract.

12. Caddell submitted Change Order #0001, which A.R.C.I. never signed, which changed the final plans of the Project and increased the size of the roofs, requiring more squares of roofing material. As a result, an additional 509 squares of roofing material were required at a cost of $196 per square, making an additional amount due of Ninety-nine Thousand Seven Hundred Sixty-four and no/100 Dollars ($99,764.00)

13. Due to the delay between the date of the Subcontract and the start of the Project, the cost of the roofing material required under the Subcontract increased $28 per square. As a result, the cost of 4,391 squares of roofing material increased $28 per square, for a total additional amount due of One Hundred Twenty-two Thousand Nine Hundred Forty-eight Dollars ($122,948.00).

14. A.R.C.I. was required to provide the bond, at Caddell's cost, for a total amount due of Fourteen Thousand, Eight Hundred Fifty and no/100 Dollars ($14,850.00).

15. Caddell issued Change Order #002, which A.R.C.I. signed, to change the roof vents on the project, for an increase in cost of Three Thousand Seven Hundred Eighty-Three and no/100 Dollars ($3,783.00); however, Caddell failed to pay the entire cost for Change Order #002, leaving an unpaid balance of One Thousand Seven Hundred Forty-seven and 08/100 Dollars ($1,747.08).

16. Caddell failed to pay A.R.C.I. the total amount due and owing on A.R.C.I.'s invoices for the Project in the amount of Eight-Two Thousand Three Hundred Forty-nine and 23/100 Dollars ($82,349.23).

17. A.R.C.I. has made demand on Caddell and sureties for $321,658.31 for the balance owed and the additions due to the change orders, time delays, and price increases A.R.C.I. incurred on the Project, but Defendants have refused to pay A.R.C.I.'s reasonable demand.

18. In breach of the Subcontract, Caddell has failed and neglected to pay to A.R.C.I. the sum of $321,658.31 according to the terms of the Subcontract.

19. In breach of the Payment Bond, St. Paul, Fidelity and Zurich have failed and neglected to pay to A.R.C.I. the said sum of $321,658.31, pursuant to the terms of the Payment Bond.

20. That there is further due and owing to A.R.C.I. by Defendants interest in the maximum legal rate upon the unpaid invoiced amounts until paid.

5

One (1) year has not elapsed since the day on which the last of the labor was performed or materials were supplied by A.R.C.I., and although due demand has been made on the Defendants, no part of the said sum of $321,658.31 with interest has been paid to A.R.C.I..

**WHEREFORE**, United States of America, for the Use and Benefit of A.R.C.I., Ltd. d/b/a America Roofing, demands as follows:

1. Judgment against the Defendants, Caddell Construction Company, Inc.; St. Paul Fire and Marine Insurance Company; Fidelity and Deposit Company of Maryland; and Zurich American Insurance Company, jointly and severally, in the sum of $321,658.31 with interest thereon at the maximum legal rate;

2. The costs of this action, including reasonable attorneys' fees;

3. For a trial by jury; and

4. Any and all other relief to which it may be properly entitled.

        Respectfully submitted,

        **DINSMORE & SHOHL, LLP**

        __/s/ Mary Ross Terry_____
        Mary Ross Terry
        1400 PNC Plaza
        500 West Jefferson Street
        Louisville, Kentucky  40202
        502-540-2300 - phone
        502-585-2207 - fax
        502-540-2371 - direct
        maryross.terry@dinslaw.com
        *Counsel for United States of America, for the Use and Benefit of A.R.C.I., Ltd. d/b/a America Roofing*

38405-1
LOUIS/125725.3